**800**

CONOPCO, INC., (doing business as Unipath Diagnostics Company), Plaintiff–Appellant,

v.

PRINCETON BIOMEDITECH CORPORATION, Defendant–Appellee.

No. 01–1188.

United States Court of Appeals, Federal Circuit.

DECIDED: April 4, 2001.

ORDER

The order of dismissal and the mandate dated March 13, 2001, having been issued in error, the same hereby are, VACATED AND RECALLED, and the notice of appeal is REINSTATED. The appellant's brief is due on April 9, 2001.

REXAM INDUSTRIES CORPORATION, Plaintiff–Appellant,

v.

EASTMAN KODAK COMPANY, Defendant–Appellee,

and

Avery Dennison Corporation, Defendant–Appellee.

No. 01–1248.

United States Court of Appeals, Federal Circuit.

DECIDED: May 4, 2001.

ON MOTION

ORDER

Rexam Industries Corporation moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.